IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 6468 |
| AFFORDABLE COMFORT CONSTRUCTION/ HVAC, INC., an Illinois corporation, | ) ) ) | JUDGE ROBERT M. DOW, JR. |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, AFFORDABLE COMFORT CONSTRUCTION/HVAC, INC., an Illinois corporation, in the total amount of $47,661.21, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $961.25.

On October 4, 2011, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Malisa Winston) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 25, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of November 2011:

      Mr. James O. Johnson, Jr., Registered Agent/President
      Affordable Comfort Construction/HVAC, Inc.
      500 W. Taft Drive, Suite 500
      South Holland, IL 60473


      /s/ Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Affordable Comfort\motion.jdg.df.wpd